No. 150. SAME *v.* SAME;

No. 151. RUBENS ET AL. *v.* SAME;

No. 152. WALKOWSKY ET AL. *v.* SAME;

No. 153. ROLFSON ET AL. *v.* SAME; and

No. 154. PROVOE ET AL. *v.* SAME. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Overton G. Ellis, Stuart H. Elliott,* and *Webster Ballinger* for petitioners. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Capo Rodriguez* and *W. Marvin Smith* for the United States. Reported below: 38 F. (2d) 795, 805, 806, 799.

No. 155. CHESAPEAKE & OHIO RY. CO. *v.* MARTIN ET AL. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted. *Mr. Walter Leake* for petitioner. No appearance for respondents.

No. 176. PAGEL, ADMINISTRATOR, *v.* HALLBOM. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Mr. Henry T. Ronning* for petitioner. *Mr. Fred W. Putnam* for respondent.

No. 179. FARBWERKE ET AL. *v.* CHEMICAL FOUNDATION, INC., ET AL.;

No. 180. FARBWERKE *v.* E. I. DU PONT DE NEMOURS & CO. ET AL.;

No. 181. DEUTSCHE GOLD & SILBER SCHEIDE ANSTALT *v.* SAME;

No. 182. BADISCHE-ANILIN & SODA-FABRIK *v.* SAME;

No. 271. WOODS, TREASURER, *v.* CHEMICAL FOUNDATION, INC., ET AL.;